

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed November 11, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TREC Investment Realty, LLC | § | Case No. 11-26672-bam |
| | § | (Bankr. D. Nevada) |
| Debtor. | § | |
| | § | |
| Rosalin Rogers and | § | |
| Gilbert 10, LLC | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | Adversary No. 11-03603-bjh |
| TREC Investment Realty, LLC, | § | |
| TIH Gilbert, LLC, | § | |
| Transwestern Investment Realty d/b/a | § | |
| Sperry Van Ness, Jeff Pori and David Stubbs | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE**

On this date, came on to be considered the Motion for Intra-District Transfer of Venue filed on behalf of Defendant, TIH Gilbert, LLC ("TIH"). The Court finds that Motion is well taken and should be GRANTED. It is therefore

ORDERED, ADJUDGED AND DECREED that the Clerk of this Court shall take all necessary steps to transfer venue of this case from the Dallas Division to the Fort Worth Division.

# # # End of Order # # #

Submitted by:

Howard Marc Spector
TBA #00785023
SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hmspector@spectorjohnson.com

COUNSEL FOR DEFENDANT
TIH GILBERT, LLC